# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| VICTORIA SPAUGY, | : | |
| Plaintiff, | : | |
| | | Case No. 3:12cv00081 |
| | : | |
| vs. | | District Judge Walter Herbert Rice |
| | : | Chief Magistrate Judge Sharon L. Ovington |
| CAROLYN W. COLVIN, | | |
| Acting Commissioner of the Social | : | |
| Security Administration, | | |
| | : | |
| Defendant. | | |
| | : | |

## DECISION AND ENTRY

The Court has conducted a <u>de novo</u> review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #13), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1. The Report and Recommendations filed on July 3, 2013 (Doc. #13) is ADOPTED in full;

2. The Commissioner's non-disability finding is VACATED;

3. No finding is made regarding whether Plaintiff Victoria Spaugy is under a "disability" within the meaning of the Social Security Act;

4. This matter is **REMANDED** to the Social Security Administration pursuant to Sentence Four of 42 U.S.C. § 405(g) for further proceedings consistent with the Report and Recommendations, and this Decision and Entry; and

5. The case is terminated on the docket of this Court.

                                                 Walter Herbert Rice
                                                 United States District Judge